## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OTTOMAR F. KRAFFT, ET AL** | **CIVIL ACTION NO.: 08-3902** |
| **VERSUS** | **SECTION: "B" (1)** |
| **WAL-MART STORES, INC, ET AL** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

Considering the motion to remand filed herein and the consent of the parties thereto,

**IT IS ORDERED** that this matter be and is hereby remanded to the Twenty-First Judicial District Court for the Parish of Tangipahoa bearing docket number 2008-0001752, Division "E" for further proceedings.

New Orleans, Louisiana, this ___9th___ day of October, 2008.

_____
United States District Judge